[No. 22762-9-I. Division One. August 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ELI SYLVESTER HARTWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-01335-3, R. Joseph Wesley, J., entered August 22, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22686-0-I. Division One. August 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ETHEL L. HOLLINGSWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-00330-7, Faith Enyeart, J., entered July 5, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22254-6-I. Division One. August 28, 1989.]

ORVILLE L. BERG, ET AL, *Respondents,* v. DAVID HUDESMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-13871-2, Robert E. Dixon, J., entered April 21, 1988. *Reversed* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.

[No. 23173-1-I. Division One. August 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE RAY MCLEAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03117-9, Richard M. Ishikawa, J., entered March 1, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Winsor, J.